IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FREDERICK BANKS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 13-1025 |
| ) | Judge Nora Barry Fischer |
| REALTY COUNSELING COMPANY, et al., ) | Chief Magistrate Judge Lisa Pupo Lenihan |
| ) | |
| Defendants. ) | |

## ORDER

AND NOW, this 20th day of August, 2013, after the Plaintiff Frederick Banks, filed an action in the above-captioned case, and after a Report and Recommendation was filed by the Chief United States Magistrate Judge granting the parties until August 26, 2013, to file written objections thereto, and upon consideration of the "Objections to Report and Recommendation; and Notice of Appeal" filed by Plaintiff [9], and upon independent review of the record, and upon consideration of the Chief Magistrate Judge's Report and Recommendation [8], which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the Plaintiff's "Objections to Report and Recommendation" [9] are DENIED as Plaintiff has not set forth any facts which undermine Chief Magistrate Judge Lenihan's conclusion that this case was properly dismissed, with prejudice. To this end, Plaintiff's "Objections" consists of a few factual averments, copies of news articles and emails and other extraneous matters, and fails to even address Chief Magistrate

Judge Lenihan's clearly stated reason for dismissing his Complaint, i.e., that "Plaintiff has sued over seventy defendants in this matter, yet fails to identify even one defendant in the body of his three-page complaint." (Docket No. 8 at 4). Accordingly, this Court agrees that Plaintiff's Complaint is properly dismissed for the reasons expressed by Chief Magistrate Judge Lenihan.

IT IS FURTHER ORDERED that Plaintiff's Complaint is DISMISSED with prejudice pursuant to 28 U.S.C. §1915(e)(2)(B)(i) and (ii).

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if any party wishes to appeal from this Order a notice of appeal, as provided in Fed. R. App. P. 3, must be filed with the Clerk of Court, United States District Court, at 700 Grant Street, Room 3110, Pittsburgh, PA 15219, within thirty (30) days.

_____
United States District Judge

cc/ecf: Honorable Lisa Pupo Lenihan
Chief United States Magistrate Judge

Frederick Banks
P.O. Box 42303
Pittsburgh, PA 15207